Joseph Agostino
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, NJ 07932
Tel.:  973-360-7900
Fax:  973-301-8410
Email:  agostinoj@gtlaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PRECISION CUSTOM COATINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JAB DISTRIBUTORS, LLC, <br><br> Defendant. | CASE NO. _____ <br><br> **COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT** <br><br><br> **Jury Trial Demanded** |

Plaintiff Precision Custom Coatings, LLC ("PCC") files this Complaint for Declaratory Judgment of non-infringement pursuant to the U.S. Patent Act, 35 U.S.C. § 1 *et seq*., and alleges as follows:

1.     PCC is a New Jersey limited liability company with its principal place of business at 200 Maltese Drive, Totowa, New Jersey.

2.     Upon information and belief, Defendant JAB Distributors, LLC ("Defendant")*,* is an Illinois limited liability company with its principal place of business at 1500 South Wolf Road, Wheeling, Illinois.

## JURISDICTION AND VENUE

3.     This Court has subject matter jurisdiction in this case because this action arises under the Patent Act, 35 U.S.C. § 1 *et seq*. This Court also has jurisdiction over this case pursuant to 28 U.S.C. § 1332(a)(1), as the matter in controversy exceeds $75,000, and is between citizens of different states.

4.     This Court has personal jurisdiction over Defendant because Defendant, upon information and belief, conducts business in the State of New Jersey and within this district, including selling and offering for sale products in New Jersey. This Court also has personal jurisdiction over Defendant because Defendant has accused PCC of patent infringement.

5.     Venue is proper under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to this action occurred in this district.

6.     As set out more fully below, the Court may declare the rights and other legal remedies of the parties and grant further relief pursuant to 28 U.S.C. §§ 2201 and 2202 and Fed. R. Civ. P. 57 because an actual controversy exists within the Court's jurisdiction.

## FACTS

7.     PCC is a manufacturer and supplier of value-added fabrics for the apparel industry and industrial markets.

8.     Among the products sold by PCC are mattress encasements and protectors under the trademark SlumberShield®, which are designed to provide mattress protection from bed bugs, dust mites, liquid spills, mold and bacteria.

9.     On February 7, 2014, PCC received a cease and desist letter from Defendant, a true and correct copy of which is attached hereto as Exhibit A. The cease and desist letter alleges infringement of U.S. Patent No. 8,528,134 (the " '134 Patent") allegedly owned by Defendant.

10.    The cease and desist letter from Defendant stated: "It has come to our attention that Precision Custom coatings, LLC ('PCC') manufactures, offers for sale, and/or sells in the United States a bed bug protective encasement for a mattress under the name 'SLUMBERSHIELD' that incorporates one or more of the inventions claimed and protected by the '134 patent and thus infringes the 134 patent."

11.    The cease and desist letter from Defendant demands that PCC cease and desist from manufacturing, offering for sale and selling the SlumberShield® product or, in the alternative, pay Defendant royalties under a license.

12.    Defendant states in the cease and desist letter that it would like to "resolve this matter as soon as possible and without having to burden you or the courts with formal legal action", but stated that if PCC would not agree to the aforementioned conditions, Defendant "will proceed accordingly."

13.    PCC's SlumberShield® product incorporates features that protect mattresses that are completely different in structure and function from the alleged invention claimed by the '134 Patent.

14.    PCC's SlumberShield® product does not meet each and every element of any of the claims of the '134 Patent.

## COUNT ONE

### (Declaratory Judgment of Non-Infringement)

15.    PCC repeats and realleges the allegations in paragraphs 1 through 14 of this Complaint as if fully set forth herein.

16.     Defendant has claimed that the manufacture, sale, and/or offer to sell the SlumberShield® product constitutes infringement of the '134 Patent, and has threatened to sue PCC on those grounds.

17.     An actual, present, and justiciable controversy has arisen between the parties concerning PCC's right to manufacture, use, distribute and sell the SlumberShield® product in the United States, and is of sufficient immediacy and reality to warrant the issuance of a declaratory judgment.

18.     PCC seeks declaratory judgment from this Court that the SlumberShield® product does not infringe the '134 Patent.

Plaintiff requests a jury trial on the claims asserted herein.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests a judgment against Defendants as follows:

A.     Declaring that the manufacture, use, sale, offer to sell and/or importation of the SlumberShield® product does not infringe the '134 Patent.

B.     Awarding Plaintiff such other and further relief that is just and proper.

DATED:  February 20, 2014

GREENBERG TRAURIG, LLP


By:    s/Joseph Agostino
        Joseph Agostino
        Ralph W. Selitto. Jr.
        William W. Stroever
        200 Park Avenue
        Florham Park, NJ 07932
        Tel. (973) 443-3572
        Fax (973) 295-1309
        agostinoj@gtlaw.com
        *Attorneys for Plaintiff*
        *Precision Custom Coatings, LLC*

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff Precision Custom Coatings, LLC hereby demands a trial by jury on all issues for which a trial by jury may be had.


DATED:  February 20, 2014


GREENBERG TRAURIG, LLP


By:   s/Joseph Agostino
      Joseph Agostino
      Ralph W. Selitto. Jr.
      William W. Stroever
      200 Park Avenue
      Florham Park, NJ 07932
      Tel. (973) 443-3572
      Fax (973) 295-1309
      agostinoj@gtlaw.com
      *Attorneys for Plaintiff*
      *Precision Custom Coatings, LLC*

# EXHIBIT A



mcandrews
McANDREWS HELD & MALLOY LTD

500 WEST MADISON STREET  34TH FLOOR  CHiCAGO ILLINOIS 60661
(T) 312 775 8000   (F) 312 775 8100   www.mcandrews-ip.com

DAVID Z. PETTY
(T) 312 775 8055
dpetty@mcandrews-ip.com

February 7, 2014

**VIA FEDERAL EXPRESS**

Mr. Peter Longo
C.O.O.
Precision Custom Coatings, LLC
200 Maltese Drive
Totowa, New Jersey 07512

      Re:    Infringement of U.S. Patent No. 8,528,134
              Owned By JAB Distributors, LLC

Dear Mr. Longo,

Our firm represents JAB Distributors, LLC ("JAB") with respect to intellectual property matters.  JAB is the owner of United States Patent No. 8,528,134 ("the 134 patent"), a copy of which is enclosed.  The 134 patent generally relates to a method of preventing bed bugs from escaping a mattress encasement via a zipper opening in the encasement.

It has come to our attention that Precision Custom Coatings, LLC ("PCC") manufactures, offers for sale, and/or sells in the United States a bed bug protective encasement for a mattress under the name "SLUMBERSHIELD" that incorporates one or more of the inventions claimed and protected by the 134 patent and thus infringes the 134 patent.

JAB is deeply committed to protecting its investment in and rights to its intellectual property.  Accordingly, JAB requests your written assurance that PCC (and all of its

**mcandrews**
McANDREWS HELD & MALLOY LTD

Mr. Peter Longo
February 7, 2014
Page 2

affiliate companies and subsidiaries) will immediately cease and desist from any further manufacture, offer for sale, and sale of JAB's patented bed bug protective mattress encasement (including, but not limited to, further manufacture, offer for sale, and sale of the SLUMBERSHIELD product). In the alternative, JAB would be willing to agree to a license whereby PCC pays JAB $2.00 for every infringing encasement PCC sells and has sold since the 134 patent issued on September 10, 2013.

Because JAB would like to resolve this matter as soon as possible and without having to burden you or the courts with formal legal action, we request that you respond with your assurances of cooperation in this matter by the end of the business day February 21, 2014. If we do not receive such assurances by that day, we will assume that you are not willing to cooperate with JAB in this matter and will proceed accordingly.

We look forward to your prompt response.

Very truly yours,

David Z. Petty

Enclosure

Copy w/o encl to:    James Bell
                     Chief Executive Officer
                     JAB Distributors, LLC

US008528134B2

(12) **United States Patent**     (10) **Patent No.:**   **US 8,528,134 B2**

Bell et al.     (45) **Date of Patent:**   **Sep. 10, 2013**

(54) **METHOD OF PREVENTING BED BUGS FROM ESCAPING A MATTRESS ENCASEMENT VIA A ZIPPER OPENING**

(75) Inventors: **James A. Bell**, Glencoe, IL (US); **Yueh-Jyh Chen**, Shanghai (CN); **Ching-Yao Yeh**, Shanghai (CN)

(73) Assignee: **JAB Distributors, LLC**, Wheeling, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/252,337**

(22) Filed: **Oct. 4, 2011**

(65) **Prior Publication Data**

US 2012/0023712 A1   Feb. 2, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 12/703,900, filed on Feb. 11, 2010, now abandoned, which is a continuation of application No. 12/498,863, filed on Jul. 7, 2009, now abandoned, which is a continuation of application No. 12/255,913, filed on Oct. 22, 2008, now abandoned, which is a continuation of application No. 11/756,249, filed on May 31, 2007, now Pat. No. 7,552,489.

(60) Provisional application No. 60/895,011, filed on Mar. 15, 2007.

(51) Int. Cl.
*A47G 9/00* (2006.01)
*A47C 31/00* (2006.01)
*A44B 19/26* (2006.01)

(52) U.S. Cl.
USPC ............... **5/499**; 5/738; 5/699; 5/939; 24/389

(58) **Field of Classification Search**
USPC ............ 5/699, 738, 939, 496, 737, 490, 482, 5/484, 501, 499; 24/389
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,991,943 A | 2/1935 | Keviczky | |
| 2,400,731 A | 5/1946 | Armstrong | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 9318318 U1 | 2/1994 | |
| DE | 19755498 A1 | 6/1999 | |

(Continued)

OTHER PUBLICATIONS

Doggett, Stephen; Geary, Merilyn; Russell, Richard, "Encasing Mattresses in Black Plastic Will Not Provide Thermal Control of Bed Bugs," Cimex spp. (Hemiptera: Cimicidae), Department of Medical Entomology, Institute for Clinical Pathology and Medical Research, University of Sydney, Westmead Hospital, Westmead, NSW 2145, Australia, 2006.

(Continued)

*Primary Examiner* — Robert G Santos
(74) *Attorney, Agent, or Firm* — McAndrews, Held & Malloy, Ltd.

(57) **ABSTRACT**

A mattress encasement made of bug impervious fabric provides a zipper opening for removal of the mattress. A foam pad is stitched at an end of the zipper closure such that when the zipper is located at or near the end, a channel is provided to prevent or obstruct the escapement of bed bugs via the channel and out from a mattress encased by the mattress encasement.

**8 Claims, 3 Drawing Sheets**



**US 8,528,134 B2**

Page 2

(56)           **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,496,878 | A | 2/1950 | Krupp |
| 2,689,961 | A | 9/1954 | Lieberthal |
| 2,907,055 | A | 10/1959 | Berman |
| 3,389,441 | A | 6/1968 | Heimberger |
| 3,538,914 | A | 11/1970 | Myers |
| 4,164,797 | A | 8/1979 | Golembeck |
| 5,050,256 | A | 9/1991 | Woodstock |
| 5,253,395 | A | 10/1993 | Yano |
| 5,321,861 | A | 6/1994 | Dancey et al. |
| 5,444,898 | A | 8/1995 | Norvell |
| 5,513,403 | A | 5/1996 | Wooten, Jr. |
| 5,966,759 | A | 10/1999 | Sanders et al. |
| 6,017,601 | A | 1/2000 | Amsel |
| 6,092,543 | A | 7/2000 | Roh |
| 6,277,770 | B1 | 8/2001 | Smith, III et al. |
| 6,351,864 | B1 | 3/2002 | Karafa et al. |
| 6,363,553 | B1 | 4/2002 | Baumgartel et al. |
| 6,571,432 | B1 | 6/2003 | Rindle |
| 6,859,958 | B2 | 3/2005 | LaMantia |
| 6,948,207 | B2 | 9/2005 | Daly |
| 6,964,074 | B2 | 11/2005 | Carlitz |
| 7,062,808 | B1 | 6/2006 | Brogden |
| 7,181,797 | B2 | 2/2007 | Chase |
| 7,552,489 | B2 * | 6/2009 | Bell et al. .......................... 5/499 |
| 8,087,111 | B2 * | 1/2012 | Paris .......................... 5/499 |
| 8,156,588 | B2 * | 4/2012 | Svoboda .......................... 5/699 |
| 8,307,480 | B2 * | 11/2012 | Tirpan .......................... 5/699 |
| 8,347,430 | B2 * | 1/2013 | Malouf et al. .......................... 5/484 |
| 8,413,276 | B2 * | 4/2013 | Rattner et al. .......................... 5/699 |
| 2005/0032446 | A1 | 2/2005 | Smith, III et al. |
| 2008/0222808 | A1 * | 9/2008 | Bell et al. .......................... 5/500 |
| 2008/0250561 | A1 | 10/2008 | Poston |
| 2009/0049608 | A1 * | 2/2009 | Bell et al. .......................... 5/499 |
| 2009/0271926 | A1 * | 11/2009 | Bell et al. .......................... 5/499 |
| 2010/0054637 | A1 * | 3/2010 | Tirpan .......................... 383/64 |
| 2010/0281614 | A1 * | 11/2010 | Park .......................... 5/484 |
| 2011/0010856 | A1 * | 1/2011 | Bell et al. .......................... 5/499 |
| 2011/0041247 | A1 * | 2/2011 | Moon .......................... 5/499 |
| 2011/0099714 | A1 * | 5/2011 | Svoboda .......................... 5/499 |
| 2011/0162140 | A1 * | 7/2011 | Paris .......................... 5/499 |
| 2012/0023712 | A1 * | 2/2012 | Bell et al. .......................... 24/389 |
| 2012/0084918 | A1 * | 4/2012 | Rattner et al. .......................... 5/500 |
| 2012/0102646 | A1 * | 5/2012 | Chen et al. .......................... 5/499 |
| 2012/0167301 | A1 * | 7/2012 | Michael .......................... 5/482 |
| 2012/0167302 | A1 * | 7/2012 | Malouf et al. .......................... 5/484 |
| 2012/0167307 | A1 * | 7/2012 | Michael .......................... 5/501 |
| 2012/0192356 | A1 * | 8/2012 | Svoboda .......................... 5/699 |
| 2012/0260426 | A1 * | 10/2012 | Dobin .......................... 5/499 |
| 2012/0311785 | A1 * | 12/2012 | Goldberg .......................... 5/498 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 09117392 | 5/1997 |
| JP | 2004267712 | 9/2004 |
| JP | 2007112507 | 5/2007 |
| WO | 02080736 | 10/2002 |

OTHER PUBLICATIONS

European Search Report corresponding to European Application No. 08003688.2-2313, mailed Aug. 18, 2008, 7 pages.

Request for Reexamination of U.S. Patent No. 7,552,489, filed Jan. 13, 2010.

Defendants American Textile Company Inc.'s and Target Corporation's intiital Non-Infringement, Unenforceability and Invalidity Contentions Pursuant to LPR 2.3, served Feb. 19, 2010, including 3 Exhibits 1-3.

Bedbug.com's Initial non-Infringement, Invalidity and Unenforceability Contentions, Served Feb. 19, 2010, including Exhibits A-D.

London Luxury, LLC's and Bed Bath & Beyond, Inc.'s Initial Non-Infringement, Invalidity and Unenforceability Contentions, Served Feb. 19, 2010, including Exhibits A-D.

EPO Communication dated May 6, 2010 with European Search Report in Application 10002648.3-2313.

European Patent Office, Communication dated Jun. 21, 2011, with extended European search report in Application No. 11002599.6-2313.

US District Court for the Northern District of Illinois, Eastern Division, *Petra Michael* v. *James A. Bell* and *JAB Distributors LLC*, Case No. 11 CV 04484, Plaintiff's Motion for Leave to File Supplemental Consolidated Response in Opposition to Defendants' Motions to Dismiss Amended Complaint, dated Nov. 27, 2012. (5 pages).

Canadian Intellectual Property Office, Office action in Application No. 2,624,540, dated Aug. 31, 2012.

US District Court for the Northern District of Illinois, Eastern Division, *Petra Michael* v. *James A. Bell* and *JAB Distributors LLC*, Case No. 11 CV 04484, Plaintiff's Consolidated Response in Opposition to Both Defendants' Motions to Dismiss Amended Complaint, dated Nov. 13, 2012.

Plaintiff Petra Michael's Jul. 1, 2011 Complaint for Civil Action No. 1:11-cv-04484, and the associated exhibits. (Doc. No. 1).

Defendant's Memorandum in Support of Its Motion to Dismiss, filed Sep. 16, 2011 Doc. No. 15).

Defendant's Memorandum in Support of His Motion to Dismiss, filed Sep. 16, 2011 Doc. No. 17).

Defendant's Motion to Dismiss, filed Sep. 16, 2011 (Doc. No. 13).

Defendant's Motion to Dismiss, filed Sep. 16, 2011 (Doc. No. 16).

Plaintiff's Brief in Opposition to Motion to Dismiss, filed Oct. 18, 2011 (Doc. No. 21).

Defendants' Joint Reply in Support of Their Motions to Dismiss, filed Nov. 1, 2011 (Doc. No. 23).

Memorandum Opinion and Order, Issued Aug. 13, 2012 (Doc. No. 29).

Plaintiff's Amended Complaint, filed Sep. 4, 2012 (Doc. No. 30).

Notice of Filing of Amended Complaint, filed Sep. 4, 2012 (Doc. No. 31).

* cited by examiner



FIG.1



FIG.3



FIG.6



US 8,528,134 B2

1

## METHOD OF PREVENTING BED BUGS FROM ESCAPING A MATTRESS ENCASEMENT VIA A ZIPPER OPENING

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application makes reference to, and claims priority to, U.S. non-provisional application Ser. No. 12/703,900 "Mattress Encasement For Preventing Bed Bug Escapement Via A Zipper Opening," filed Feb. 11, 2010, which, in turn, claims priority to U.S. patent application Ser. No. 12/498,863 filed Jul. 7, 2009 titled "Mattress Encasement For Preventing Bed Bug Escapement Via A Zipper Opening," which, in turn, claims priority to U.S. patent application Ser. No. 12/255,913 filed Oct. 22, 2008 titled "Mattress Encasement For Preventing Bed Bug Escapement Via A Zipper Opening," which, in turn, claims priority to U.S. patent application Ser. No. 11/756,249 filed May 31, 2007 titled "Mattress Encasement For Preventing Bed Bug Escapement Via A Zipper Opening," which issued on Jun. 30, 2009 as U.S. Pat. No. 7,552,489. U.S. application Ser. No. 11/756,249, in turn, claims priority to U.S. Provisional Application No. 60/895,011, filed Mar. 15, 2007 and titled "Mattress Encasement For Preventing Bed Bug Escapement Via A Zipper Opening". Each of U.S. application Ser. Nos. 12/703,900, 12/498,863, 12/255,913, 11/756,249 and 60/895,011 are hereby incorporated by reference in their entireties.

### FIELD OF THE INVENTION

The invention relates to an apparatus and method for preventing bed bugs from escaping out of a bed mattress. More particularly, the invention relates to a zipper closure structure on a mattress encasement which, while allowing removal of the mattress from the encasement, prevents the escapement of bed bugs out of the mattress and past the encasement.

### BACKGROUND OF THE INVENTION

Bed bugs are a type of insect that commonly hides within bed mattresses. Such bed bugs are found in motels, hostels or boarding houses where itinerant travelers find overnight lodging. Bed bugs will feed off of the blood of humans sleeping on the mattresses that harbor these insects. Typically, a bed bug will crawl out of the mattress during the night, bite the sleeping victim, and then return to the safe confines of the mattress.

To prevent the escapement of bed bugs from the mattress, and thus contain and starve the bugs, a technique has been devised in which the mattress is surrounded with a fabric cover or encasement to seal the exit of the bugs. The encasement is slipped onto the mattress and closed via a slide fastening mechanism such as a zipper. Bugs escaping from the mattress will encounter the barrier of the fabric cover, and thus will be prevented from reaching a human sleeping on the mattress.

Problems exist, however, with the use of such protective mattress covers or encasements. For example, a user may fail to completely close the zipper on the encasement, or the zipper may become partially unzipped through movement or rustling of the mattress, as for example, when the bed is made and remade. This results in an opening at the zipper end through which bed bugs may escape. Indeed, even zippers that have been carefully and completely closed may still leave a narrow opening at the end of the zipper that is a large enough opening for a small bed bug to crawl through and escape.

2

Accordingly, there exists a need to prevent the escapement of bed bugs from a zipper opening in a mattress protective encasement.

### SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a mattress encasement structure which prevents bed bug escapement from the zipper opening of the encasement.

It is yet another object of the present invention to provide a method of preventing bed bugs from exiting a mattress encasement at the zipper end of the encasement.

These and other objects of the invention are achieved in a mattress encasement having a zipper opening for receiving a mattress. A barrier structure is disposed at the zipper end of the encasement in order to thwart bed bug travel to any small opening which may faun at the zipper end.

In addition, objects of the invention are achieved in a method for guiding bed bugs housed within a mattress relative to a zipper portion of a mattress encasement. The bugs are channeled away from the zipper end of the encasement using a barrier structure.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of an embodiment of a mattress encasement covering a mattress.

FIG. 2 is an enlarged top view of a zipper end location of the mattress encasement of FIG. 1.

FIG. 3 is an enlarged end view of a zipper of the encasement of FIG. 1.

FIG. 4 is an enlarged cross sectional end view of the zipper end location of FIG. 2, taken along line 4/4 in FIG. 2.

FIG. 5 is a cross sectional side view of the zipper end location of FIG. 2, taken along line 5/5 in FIG. 2.

FIG. 6 is a an enlarged top view of the zipper end location of the mattress encasement of FIG. 1 in which the zipper is opened providing an opening to the mattress.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring to FIG. 1, a mattress encasement 100 surrounds a conventional mattress 101. Mattress encasement 100 may be constructed from a fabric 102 of a size and shape so as to surround and engulf the entirety of mattress 101. Fabric 102 of the encasement is woven so as to be impervious to bed bugs.

An opening 103 is formed at one end 105 of the encasement. Opening 103 extends along the entire width of end 105, and extends a short distance along each of sides 107, 109 of the encasement. Opening 103 allows mattress 101 to slide into and out of encasement 100 so that the encasement may be laundered from time to time.

Opening 103 may be closed by a zipper closure 111 to seal the entire encasement opening 103. Zipper closure 111 includes a zipper head 120 and a pair of zipper tracks 121, 123. Tracks 121, 123 are disposed around opening 103 in a confronting relationship and are zipped together in a conventional fashion. Tracks 121, 123 have meshable teeth which interleave together as caused by zipper head 120 guiding the two tracks 121, 123 together.

Referring to FIG. 2, zipper head 120 is shown connected to zipper tracks 121, 123 and disposed in a position near an end location 125. End location 125 is where zipper head 120 is stopped from further movement along tracks 121, 123. The tracks are shown intermeshed behind zipper head 120, as

US 8,528,134 B2

3

indicated at **134**, to close opening **103** (FIG. **1**), and form a seal by the closed tracks that is impervious to bed bugs. Also as indicated at **136**, zipper tracks **121, 123** located in front of zipper head **120** are not intermeshed, and define an unzipped portion of the mattress encasement. A small zipper opening **110** is thus formed in front of zipper head **120** in the proximity of end location **125**. Opening **110** extends between end location **125** and zipper head **120**.

As shown in FIG. **2**, a rectangular shaped foam pad **140** is disposed beneath fabric **102**, and thus, beneath the zipper closure at the proximity of end location **125**. As shown in FIGS. **4** and **5**, foam pad **140** is of a much greater thickness than fabric **102**.

Foam pad **140** may be made from a flexible resilient foam material, but other materials may be used as well. For example, foam pad **140** may be a fabric material, a rubber material, or any other material which may be stitched to fabric **102**. In addition, foam pad **140** may be compressible such that contact made by mattress **101** against the lower surface **141** of pad **140** causes the pad to compress between the mattress and the encasement fabric **102**, forcing the top surface **143** of pad **140** into contact with fabric **102** as well as into contact with portions of the zipper structure disposed above pad **140**.

As shown in FIG. **2**, foam pad **140** is stitched to fabric **102** in order to secure the foam pad in place. It is readily apparent from FIGS. **2** and **4-6**, that the foam pad **140** is a unitary and continuous barrier. A pair of outer rows of stitches **180, 182** are formed parallel to and along each side of the zipper tracks **121, 123**. Additionally, a pair of inner rows of stitches **160, 162** may be formed parallel to and along each side of zipper tracks **121, 123**. A fifth row of stitches **164** runs perpendicular to zipper tracks **121, 123** and connects all four stitch rows **160, 162, 180, 182**. Row **164** traverses end location **125** of zipper tracks **121, 123**. Also, two rows of stitches **181, 183** run perpendicular to zipper tracks **121, 123** and connect stitch rows **160, 180**, and connect rows **162, 182**, respectively. Stitch rows **181, 183** are co-linear and stop short of the zipper tracks, as shown.

Stitching is applied so as to securely attach foam pad **140** to encasement fabric **102**. The stitches are sufficiently close together so as to prevent a bed bug from passing through any of the stitched rows. For example, referring to FIG. **2**, a bed bug may not pass through stitched row **164**, between pad **140** and fabric **102** to get to opening **110**.

Stitching patterns of a rectangular shape are thus formed on each side of the zipper track, attaching foam pad **140** to encasement fabric **102**. As will suggest itself, other stitching patterns may be used. For example a stitching pattern of an "X" shape, or diagonal lines may also be employed. In addition, stitching may encompass end location **125**, as shown at **185**. As shown in FIGS. **4** and **5**, the fabric **102** may be folded at end location **125** to provide further support, or the like.

Referring to FIG. **3**, zipper closure **111** is shown separate from encasement **100**. Zipper head **120** includes a lower flat planar member **131** which lies below zipper tracks **121, 123**. Member **131** serves as one guiding surface to guide the tracks together. The tracks are secured to respective pieces of fabric or extensions **137, 139** which provide a means for securing the tracks to the fabric **102**. Fabric extensions **137, 139** are shown in FIG. **2**.

Referring now to FIG. **4**, flat planar member **131** of the zipper head is shown below the two zipper tracks **121, 123**. The fabric extensions **137, 139** of the tracks are sewn to the casement fabric **102** at respective locations **145, 147**, and then fabric **102** is folded back over itself leaving two end portions **149** of fabric **102**.

4

As seen in FIG. **4**, a space **151** is formed below the zipper tracks **121, 123**, and above foam pad **140**. This space **151** provides a channel along which the bottom portion **131** of zipper head **120** moves. As seen in FIG. **2**, the stitching segments **160, 162** form the outer extent of the sides of channel **151**. The top of channel **151** is bound by zipper tracks **121, 123** and the bottom of channel **151** is bound by foam pad **140**. Even if a bed bug were to crawl along the entire length of channel **151** toward opening **110**, the bug will be confronted with a barrier posed by lower portion **131** of the zipper head. To thwart the bug from crawling beneath portion **131** of the zipper head, the top surface **143** of the foam pad is forced upwardly into contact with the bottom surface **132** (FIG. **3**) of portion **131** by the compression of foam pad **140** caused by the mattress snugly fitting within the encasement fabric **102**.

Foam pad **140** is of a length such that when zipper **120** is at a location at or near end point **125**, channel **151** is relatively long making it difficult for a bed bug to crawl through channel **151** to reach the zipper and **125**.

In order to prevent bed bugs from escaping through the channel **151**, it is preferred that the maximum height of the channel be small relative to the height of a crawling bed bug and yet provide a sufficient space to receive the lower portion **131** of zipper head **120**. Accordingly, depending on the material of the foam pad **140** and the fabric cover **102**, and the size of the zipper head **120** and zipper tracks **121, 123**, the preferred distance between stitching segments **160** and **162**, and the zipper tracks will vary. The size of the channel **151** may also vary depending on the size of the bed bugs intended to be prevented from escaping the mattress.

For example, the distance between stitching rows **160, 162**, and respective tracks **121, 123** may be $\frac{1}{16}$ of an inch. The distance between stitching rows **160, 162** may be $\frac{5}{16}$ of an inch. The distance between stitching rows **164, 181** may be $2\frac{1}{2}$ inches. The height of lower portion **131** of the zipper may be $\frac{1}{32}$ of an inch.

Referring to FIG. **6**, as zipper head **120** moves along zipper tracks **121, 123** and away from foam pad **140**, opening **110** enlarges. As shown in FIG. **1**, foam pad **140** is located a distance away from end **105** so as to allow opening **110** to enlarge sufficiently to insert and/or remove mattress **101**. As will suggest itself, encasement **100** may be constructed in pieces and sewn together.

Accordingly, bed bugs attempting to escape the mattress encasement are impeded from crawling through zipper opening **110** (FIG. **2**) without first crawling through channel **151**. When the mattress encasement **100** is properly closed around a mattress, the size of the encasement is such as to fit snugly around the mattress allowing the mattress to abut against foam pad **140**. Foam pad **140** will thus be forced against the tracks **121, 123**, and lower portion **131** of the zipper head. The zipper head may be pulled along the tracks and against this bias to open the encasement.

While the invention has been described with reference to certain embodiments, it will be understood by those skilled in the art that various changes may be made and equivalents may be substituted without departing from the scope of the invention. In addition, many modifications may be made to adapt a particular situation or material to the teachings of the invention without departing from its scope. Therefore, it is intended that the invention not be limited to the particular embodiment disclosed, but that the invention will include all embodiments falling within the scope of the appended claims.

What is claimed is:

1. A method of preventing bed bugs from escaping a zipper opening formed at the terminal end of a zipper closure disposed in a closeable apparatus, said closeable apparatus com-

US 8,528,134 B2

5

prising (1) an encasement material formed of a bed bug impervious material, (2) an opening from which bed bugs may escape, and (3) a zipper closure, said zipper closure located in said opening and having a zipper head and a pair of zipper tracks mateable together to provide closure to the zipper opening, said zipper opening formed at the terminal end of the zipper closure by an unzipped portion of said zipper tracks, said zipper head having a lower portion disposed beneath said zipper tracks, said method comprising the steps:

a) attaching a barrier beneath the zipper tracks to block bed bugs from approaching said zipper opening at the terminal end of said zipper closure, said attaching including securing a first portion of the barrier at the terminal end of the zipper closure to block bed bug movement along the longitudinal axis of said zipper tracks, securing a second portion of the barrier along one side of said zipper tracks to block bed bug movement orthogonal to the longitudinal axis of said zipper tracks, and securing a third portion of the barrier along the other side of said zipper tracks to block bed bug movement orthogonal to the longitudinal axis of said zipper tracks;

b) creating a channel beneath said zipper tracks adjacent the terminal end of the zipper closure, including forming said channel from said barrier to have an entrance (1) spaced a first distance from the terminal end of the zipper closure and (2) disposed beneath the said zipper tracks and of a size for receiving the lower portion of said zipper head, and forming said channel to have a confined space sufficient to permit movement of the lower portion of the zipper head along said channel; and

6

c) forming said channel to block movement of bed bugs along said channel and around said lower portion of said zipper head in order to prevent bed bugs escaping through said zipper opening when said lower portion of said zipper head is disposed in said channel a second distance less than said first distance, from the terminal end of the zipper closure.

**2**. A method according to claim **1** wherein said step of securing the barrier at the terminal end of said tracks includes stitching the barrier to the encasement.

**3**. A method according to claim **2** wherein said step of stitching includes using thread.

**4**. A method according to claim **2** wherein said stitching step includes providing two rows of stitching, and wherein the distance between said two rows of stitching is about $5/16$ of an inch.

**5**. A method according to claim **1** wherein said step of creating a channel includes sizing said channel depending on the size of said lower portion of said zipper head.

**6**. A method according to claim **1** wherein said step of creating a channel includes determining a dimension of said lower portion of said zipper head.

**7**. A method according to claim **6** wherein said step of creating a channel includes sizing said channel in response to said step of determining a dimension of said lower portion of said zipper head.

**8**. A method according to claim **7** wherein said dimension of said lower portion of said zipper head is around $1/320$ of an inch.

\* \* \* \* \*